AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Debbie R. Johnson-Greene

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV413-47

The Mayor and Alderman of the City of Savannah

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated January 15, 2015, granting the Joint Motion for Settlement; dismissing this case with prejudice. This action stands closed.



January 15, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03